RECEIVED
SDNY PRO SE OFFICE
2022 AUG 15  AM 10: 13

PIERRE LAVI ON BEHALF OF TURBODYNAMICS CORPORATION    8/10/2022

AND HEMSELFF , LOCATED  AT 10 AUSEREHL COURT HUNTINTGTON NY 11743

V

BNP PARIBAS BRACH IN NY CITY  MAJORITY OWNER OF BMCI BANK

IN MARROC AND

 MBASSY OF MARROC WASHINGTON DC AND ITS CONSULATE IN NY CITY


UNITED STATE DISTRIC COURT

SOTHERN DISCTRIC COURT 500 PEARL ST

NY NY 10007


UNDERSIGNED ARE SUING THE ABOVE MENTIONED PERSONS AND ENTETIES FOR SUBSTANTIAL

OF MENY UNDERSIGNED HAD ALREADY LOST ,DECIONS OF AMOUNT DO ,AT LEAST ONE MILLION US DOLLARS .


I RESPECFULLY REQUEST YOUR HONOR TO PUT YOUR KIND ATTENTION THE FOLLWING MATERIAL FACTS .

A.BNP PARIBAS IS MAJORITY OWNER OF BMCI A MORROCAN BABK WHO WH TRANSFERRED THE AMOUNT OF $39948.20 ON DECEMBER 2020.

Marrocan EMBASSY IS SUBJECT OF OPERATION OF THE FSIA  UNDER 28 USC 1604 AND 1605 AS FORIGHN NATION HAVING IMMUNITY BUT THERE ARE EXCEPTION TO THIS IMMUNITY

WHICH ARE REGARDING PROPERTY SITUATED IN USA ,SUITS IN ADMIRALITY TO ENFORCE MARITIME LIENS AND COMMERCIAL ACTIVITIES ,THE MOST IMPORTANT AND WIDELY USED EXCEPTION IS THE COMMERCIAL ACTIVITY EXCEPTION, THE THEORY UNDERLYING THE EXCEPTION IS THAT WHEN THE GOVERNMENT IS ENGAGED IN AN ACTIVITY THAT IS COMMERCIAL IN NATURE THE SOVEREIGN  DIVEST ITSELF  OF ITS SOVEREIGN CHARACTER AND TAKES THAT A PRIVATE CITIZEN  ... DESENDING TO AN EQUIVALENT  LEVEL WITH THOSE WHOM

IT ASSOCIATES.THE COPIES OF THIS PLEADING ARE GOING TO BE SENT TO BNP PRIBAS IN NY CITY AS WELL AS EMBASSY OF MARROC IN WASHINGTON DC WHICH I HAD DONE MANY CONTACTS MET THEN AT THEIR OFFICES IN WASHINGTON DC PROVIDING ANY AND ALL MATERIAL FACTS WHILE NOTHING HAD EVER HAPPENED .PLS NOTE THAT ONEE LARGEST

GOVERNMENTAL ORGANISATION IN MARROC HAD COMMITTED FRAUD AGAINST
UNDERSIGNED AND MY OWN COMPANY .

RESPECFULLY SUBMITTED

PIERRE LAW

P LAYI
10 AUS EREHL Court
Huntington NY 11743



U.S. POSTAGE PAID
FCM LG ENV
HUNTINGTON, NY
11743
AUG 10, 22
AMOUNT
**$1.20**
R2305K134846-08

1000

10007

Pro Se
EN

RECEIV
AUG 12 2022
CLERK'S OFFICE



Kind and special attiono
Honorable PResiding Judg.
United state DISTuct Court
Southern DisTict of NY
500 Pearl St
NY - Newyork 10007

2022 AUG 15 AM 10: 11

SDNY PRO SE OFFICE
RECEIVED