UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PIERRE LAVI ON BEHALF OF TURBO
DYNAMICS CORPORATION,

                        Plaintiff,

                  -against-

BNP PARIBAS BRACH, i*n NY City, Majority
Owner of BMCI Bank in Marroc*; and MBASSY
OF MARROC, *Washington, DC, and its Consulate
in NY City*,

                        Defendants.

22-CV-6922 (LTS)

CIVIL JUDGMENT

---

      By order dated November 20, 2023, the Court dismissed this action for lack of subject matter jurisdiction and for failure to state a claim, but granted Plaintiff thirty days' leave to amend his complaint to allege facts demonstrating that the court has subject matter jurisdiction of his claims. Plaintiff has not filed an amended complaint.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3), and for failure to state a claim, 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 2, 2024
             New York, New York

                                       /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge